IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BARBARA KAREN SOJOURNER                                      PLAINTIFF

V.                                                              CIVIL ACTION NO. 3:23-cv-297-KHJ-MTP

COMCAST CABLE COMMUNICATIONS,
LLC; COMCAST OF LOUISIANA/
MISSISSIPPI/TEXAS, LLC; JOHN DOE
ENTITIES/INDIVIDUALS 1-4                                    DEFENDANTS

**DEFENDANTS' NOTICE OF REMOVAL**

TO:     Zack Wallace
         Hinds County First Judicial District Circuit Clerk
         P.O. Box 327
         Jackson, MS 39205

         Michele D. Biegel
         LAW OFFICE OF MICHELE D. BIEGEL, PLLC
         P.O. Box 2433
         Jackson, MS 39225-2433
         Michele@MBlaw-cpa.com

         Barbara K. Sojourner
         c/o Michele D. Biegel
         LAW OFFICE OF MICHELE D. BIEGEL, PLLC
         P.O. Box 2433
         Jackson, MS 39225-2433

      In accordance with 28 U.S.C. §§ 1332, 1441, and 1446, you are notified that Defendants Comcast Cable Communications, LLC and Comcast of Louisiana/Mississippi/Texas, LLC (hereinafter "Defendants"), have removed the action entitled "*Barbara Karen Sojourner v. Comcast Cable Communications, LLC; Comcast of Louisiana Mississippi Texas, LLC; John Doe Entities/Individuals 1-4*", bearing Cause No. 23-205, from the Circuit Court for the First Judicial District of Hinds County, Mississippi, to the United States District Court for the Southern District of Mississippi, Northern Division, and in support thereof, states as follows:

{D2088851.1}

## BACKGROUND

1. Plaintiff Barbara K. Sojourner commenced this action on April 12, 2023, by filing a Complaint in the Circuit Court for the First Judicial District of Hinds County, Mississippi, assigned Cause No. 23-205, and styled *Barbara Karen Sojourner v. Comcast Cable Communications, LLC; Comcast of Louisiana Mississippi Texas, LLC; John Doe Entities/Individuals 1-4*. A copy of the state court complaint is attached hereto as Exhibit "A".

2. In her Complaint, Plaintiff alleges that in or around January 2020, Defendants installed a cable line to provide service to 2306 River Oaks Boulevard, Jackson, Mississippi, and that the cable line was placed across her yard and the sidewalks that lead to her front doors. Plaintiff further alleges that on May 11, 2020, she tripped over the cable line and fell onto the concrete sidewalk in front of her home. As a result of this, Plaintiff allegedly sustained injuries. She brought this suit against the Defendants seeking damages arising out of the alleged negligence of these Defendants.

3. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and order served upon Defendant Comcast of Louisiana Mississippi Texas, LLC are attached hereto and incorporated herein. *See* Exhibit B.

## PROCEDURAL REQUIREMENTS ARE SATISFIED

4. This Notice is timely in accordance with 28 U.S.C. § 1446(3).

5. The United States District Court for the Southern District of Mississippi, Northern Division, is the federal judicial district embracing the Circuit Court for the First Judicial District of Hinds County, Mississippi, making venue proper under 28 U.S.C. § 1441(a).

6. A copy of this Notice will be filed with the Circuit Court of Hinds County, Mississippi, First Judicial District, and a copy of this Notice will be provided to all parties pursuant to 28 U.S.C. § 1446(d).

7. Defendants have filed contemporaneously with this Notice, a Civil Cover Sheet.

## BASIS OF REMOVAL

8. This Court has original jurisdiction over the case pursuant to 28 U.S.C. § 1332, in that this is a civil action between citizen of different states where the matter in controversy exceeds $75,000.00.

## COMPLETE DIVERSITY

9. Removal of this action is proper because complete diversity of citizenship exists between the parties pursuant to 28 U.S.C. § 1332.

10. Plaintiff alleges that she is a citizen of Mississippi.

11. Comcast of Louisiana Mississippi Texas, LLC is a Delaware corporation with its principal place of business in Pennsylvania.

12. The sole member of Comcast of Louisiana Mississippi Texas, LLC is Comcast Cable Communications, LLC, which is a Delaware corporation with its principal place of business in Pennsylvania.

13. The sole member of Comcast Cable Communications, LLC is Comcast Holdings Corporation, which is a Pennsylvania corporation with its principal place of business in Pennsylvania.

14. Plaintiff is a resident of the State of Mississippi. The members of defendants, limited liability companies, are citizens of states other than Mississippi.

## AMOUNT IN CONTROVERSY

15. Although Plaintiff's Complaint does not contain a specific dollar demand, it is facially apparent from the allegations of the Complaint that the amount in controversy in said civil action exceeds the sum and value of $75,000.00, exclusive of interests and costs. The Complaint alleges the following damages: past, present, and future pain and suffering; past, present, and future medical expenses; permanent impairment; and mental and emotional distress. All costs of court, and all other damages recoverable under Mississippi law.

16. Plaintiff further alleges that she is entitled to punitive damages against the named Defendants.

17. The demand made by Plaintiff in said civil action seeks actual and punitive damages. Plaintiff's claim for compensatory and punitive damages are sufficient to meet the jurisdictional limit of this Court. *See Brasell v. Unumprovident Corp.*, 2001 U.S. Dist. LEXIS 26672 at *5 (N.D. Miss. Oct. 25, 2001) (citing *St. Paul Reinsurance Co., Ltd v. Greenberg*, 134 F. 3d 1250, 1255 (5th Cir. 1998)); *Marcel v. Poole Co.*, 5 F. 3d 81, 84-85 (5th Cir. 1993); *Allstate Ins. Co. v. Hilben*, 692 F. Supp. 698, 701 (S.D. Miss. 1988); and *Montgomery v. First Family Fin. Serv. Inc.*, 239 F. Supp. 2d 600, 605 (S.D. Miss. 2002) (Mississippi federal courts consistently hold that an unspecified amount claimed as punitive damages under Mississippi law is deemed to satisfy the amount in controversy requirement for federal diversity jurisdiction).

18. It is facially apparent from the claims made in Plaintiff's Complaint that the amount in controversy meets the jurisdictional threshold of damages in excess of $75,000.00, as required by 28 U.S.C. § 1332.

**WHEREFORE, PREMISES CONSIDERED,** Defendants, Comcast Cable Communications, LLC and Comcast of Louisiana/Mississippi/Texas, LLC, pray that this Notice

of Removal and Exhibits thereto be received and filed, and that the said action in the Circuit Court for the First Judicial District of Hinds County, Mississippi, proceed no further herein. Defendants further pray for such other, further, special, and general relief as it is entitled to receive.

          Respectfully submitted,

          **COMCAST CABLE COMMUNICATIONS, LLC; COMCAST OF LOUISIANA/MISSISSIPPI/TEXAS, LLC.**

          BY:  /s/Robert F. Stacy, Jr.
                 OF COUNSEL

ROBERT F. STACY, JR. - MS BAR NO. 7764
rstacy@danielcoker.com
TAMARA V. McGEE – MS BAR NO. 106394
tmcgee@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
265 NORTH LAMAR BOULEVARD, SUITE R
POST OFFICE BOX 1396
OXFORD, MISSISSIPPI 38655-1396
TELEPHONE:  662-232-8979
FACSIMILE:   662-232-8940

## **CERTIFICATE OF SERVICE**

I, the undersigned, of counsel for Defendants, Comcast Cable Communications, LLC and Comcast of Louisiana/Mississippi/Texas, LLC, hereby certify that I have, this day, filed the original of the above and foregoing *Defendant's Notice of Removal*, and exhibits thereto, in the United States District Court for the Southern District of Mississippi, Northern Division, and that upon the filing of the original notice and exhibits thereto, I have served a true and correct copy of the said notice and exhibits on the following:

> Zack Wallace
> Hinds County First Judicial District Circuit Clerk
> P.O. Box 327
> Jackson, MS 39205
>
> Michele D. Biegel
> LAW OFFICE OF MICHELE D. BIEGEL, PLLC
> P.O. Box 2433
> Jackson, MS 39225-2433
> Michele@MBlaw-cpa.com
>
> Barbara K. Sojourner
> c/o Michele D. Biegel
> LAW OFFICE OF MICHELE D. BIEGEL, PLLC
> P.O. Box 2433
> Jackson, MS 39225-2433

all to effectuate the removal of a civil action entitled *Barbara Karen Sojourner v. Comcast Cable Communications, LLC; Comcast of Louisiana/Mississippi/Texas, LLC; John Doe Entities/Individuals 1-4.*, bearing Cause No. 23-205, from the Circuit Court for the First Judicial District of Hinds County, Mississippi, to the United States District Court for the Southern District of Mississippi, Northern Division, pursuant to the statutes and rules in such cases made and provided.

THIS, the 9th day of May, 2023       /s/Robert F. Stacy, Jr.
                                          ROBERT F. STACY, JR.